IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR512 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL A. ROMERO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's Motion for Leave to Proceed In Forma Pauperis in his direct appeal. (Filing No. 70). On November 15, 2005, the Eighth Circuit issued a Judgment granting appellant's motion to dismiss the direct appeal. Therefore, the defendant's motion to proceed IFP on appeal is moot.

IT IS ORDERED:

1. That the defendant's motion to proceed IFP on appeal (Filing No. 70) is denied as moot; and

2. The Clerk of Court is directed to send a copy of this Order to defendant at his last known address.

DATED this 13th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge