IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>                    Plaintiff,            )<br>                                                          )<br>          v.                                          )<br>                                                          )<br>MICHAEL A. ROMERO,              )<br>                                                          )<br>                    Defendant.         )<br>_____  ) | 8:04CR512<br><br>ORDER |

   This matter is before the court on defendant's motion to reconsider his downward departure motion in this case.   Filing No. 83.   The court previously ruled on a similar motion, Filing No. 82.   The court finds this motion is filed out of time and lacks merit in any event.

   THEREFORE, IT IS ORDERED that defendant's motion for reconsideration, Filing No. 83, is denied.

   DATED this 30th day of October, 2007.

                                                            BY THE COURT:


                                                            s/ Joseph F. Bataillon
                                                            JOSEPH F. BATAILLON
                                                            United States District Judge