IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | |
| Plaintiff,   ) | 8:04CR512 |
| v.   ) | ORDER |
| MICHAEL A. ROMERO,   ) | |
| Defendant.   ) | |

This matter is before the court on defendant's motion to reduce sentence, Filing No. 100.  Defendant states that he received a sentence of 108 months and has been locked down for 48 months.  The court finds, first, that this is not a motion to reduce his sentence, and, second, that the court is without jurisdiction to reduce the sentence in any event.  If defendant intends to file an action regarding his lockdown time, he must do it administratively and through a separate lawsuit.  He cannot do it by filing a motion to reduce his sentence.

THEREFORE, IT IS ORDERED that defendant's motion to reduce sentence, Filing No. 100, is denied.

DATED this 10th day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge