IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>)<br>Plaintiff,      )<br>)<br>v.      )<br>)<br>MICHAEL A. ROMERO,      )<br>)<br>Defendant.      )<br>     ) | 8:04CR512<br><br>ORDER |

This matter is before the court on defendant's second motion to reduce sentence, Filing No. 104. Defendant made this same request to reduce sentence in Filing No. 100 and the court denied the request in Filing No. 102. For the same reasons, the court denies defendant's second motion to reduce sentence. The defendant is further ordered to discontinue filing duplicitous motions.

THEREFORE, IT IS ORDERED that defendant's motion to reduce sentence, Filing No. 104, is denied.

DATED this 30th day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge